AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 18 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joshua Sweat | ) | Case No. 4:19-mj-00099-JTK |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 04/18/2019

*Defendant's signature*

*Signature of defendant's attorney*

Sonia Fonticiella #2011022
*Printed name and bar number of defendant's attorney*

Federal Public Defenders Office, The Victory Building
1401 West Capitol Avenue
Suite 490
Little Rock, Arkansas 72201
*Address of defendant's attorney*

sonia_fonticiella@fd.org
*E-mail address of defendant's attorney*

501-324-6113
*Telephone number of defendant's attorney*

501-324-6128
*FAX number of defendant's attorney*