IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                          CASE NO. 4:19-MJ-00099-JTK-1

JOSHUA SWEAT                                                                          DEFENDANT

## ORDER OF TEMPORARY DETENTION

The Defendant appeared with counsel on this date for an initial appearance. He waived his right to a preliminary hearing. The Government requested detention, and the Defendant requested a bond hearing. The Defendant, therefore, is temporarily detained pending his detention hearing. The parties shall coordinate with the Court to schedule the hearing.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 18th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE