FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -8 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:19CR 00209 SWW |
| ) | |
| ) | 18 U.S.C. § 2251(a) |
| ) | |
| JOSHUA SWEAT ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about April 2, 2019, through on or about April 5, 2019, in the Eastern District of Arkansas, the defendant,

JOSHUA SWEAT,

did employ and use a minor, C.B., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Section 2251(a).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One of this Indictment, the defendant, JOSHUA SWEAT, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.