IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                             **CASE NO. 4:19-CR-00209-01 LPR**

**JOSHUA SWEAT**                                                                             **DEFENDANT**

### AMENDED GENERAL CRIMINAL SCHEDULING ORDER

This case has been continued and re-set for trial on **December 14, 2020**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**—File a Joint Report answering these questions:

    1. Is this case ready for trial or a plea?

    2. If trial-ready, how many six-hour days are needed?

    3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**—In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

- **Fifteen Days Before Trial Date**—In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

    2. File a motion for continuance.

So Ordered.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

<u>June 18, 2020</u>

1