IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                              **PLAINTIFF**

v.                                    CASE NO. 4:19-CR-00209-01 LPR

**JOSHUA SWEAT**                                                                                                                **DEFENDANT**

**FOURTH AMENDED
GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on **July 12, 2021**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**—File a Joint Report answering these questions:

  1. Is this case ready for trial or a plea?

  2. If trial-ready, how many six-hour days are needed?

  3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**—In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

- **Fifteen Days Before Trial Date**—In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

  1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

  2. File a motion for continuance.

So Ordered.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

March 15, 2021