# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:19CR00209 LPR |
| | ) | |
| JOSHUA SWEAT | ) | DEFENDANT |

## MOTION TO APPOINT COUNSEL

The Federal Public Defender Office for the Eastern District of Arkansas respectfully requests that the Court enter an Order appointing attorney Sonia Eileen Fonticiella as C.J.A. counsel and states in support of this *Motion* as follows:

1. The U.S. District Court for the Eastern District of Arkansas appointed the Federal Public Defender Office as legal counsel for the above named defendant. Undersigned counsel was assigned the case.

2. Undersigned counsel has decided to return to private practice as of May 28, 2021 and will no longer be a member of the Federal Public Defender Office staff after that date.

3. Counsel has been accepted for admission to the Panel of Attorneys provided for by the Criminal Justice Act (C.J.A.) Plan for the Eastern District of Arkansas pursuant to 18 U.S.C. §3006A.

4. Counsel respectfully requests that the Court enter an Order appointing undersigned counsel as C.J.A for the above named defendant so that their case can continue to move forward without delay. This request for appointment of as C.J.A. counsel is brought in good faith and for the sole purpose of allowing the

lawyer who has handled the case to see it through to its conclusion. Should the Court need any additional information on the subject at hand before ruling on this Motion, the Federal Public Defender Office will gladly provide the same upon request.

Wherefore, counsel respectfully requests she be appointed as C.J.A. counsel and for any all other just and proper relief.

        LISA G. PETERS
        FEDERAL DEFENDER

By:    Sonia Eileen Fonticiella
        Bar Number 2011022
        Assistant Federal Defender
        The Victory Building, Suite 490
        1401 West Capitol Avenue
        Little Rock, AR 72201
        (501) 324-6113
        E-mail: Sonia_Fonticiella@fd.org

For:   Joshua Sweat, Defendant