(Post 9/2015)

# United States District Court
*for the Eastern District of Arkansas*

UNITED STATES OF AMERICA                          PLAINTIFF

vs.            Case No. 4:19-CR-00209-001

JOSHUA SWEAT                                         DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that **Joshua Sweat** appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____
(Specify)
entered in this action on **November 29, 2022**.

/s/ Sonia Eileen Fonticiella
Signature of Defendant's Counsel

Sonia Eileen Fonticiella
Typed Name of Defendant's Counsel

401 West Court Street
Street Address       Room Number

870-205-6050
Telephone Number

Paragould, AR 72450
City      State      Zip

November 30, 2022
Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this ___30th___ day of ___November___, 20_22_.

Kristin Huntington Bryant
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: kristin.bryant@usdoj.gov

/s/ Sonia Eileen Fonticiella
Signature of Defendant's Counsel